**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                      Case No. 17-23132-RBR
                                                            Chapter 11

RUTH R. WALTER,

          Debtor-in-Possession,

_____/

**FIRST INTERIM**
**FEE APPLICATION OF VAN HORN LAW GROUP, P.A.**

1.  Name of Applicant:                                      Van Horn Law Group, P.A.
2.  Role of Applicant:                                      Counsel for Debtor
3.  Name of certifying professional:                        Chad T. Van Horn, Esq.
4.  Date case filed:                                        October 30, 2017 (DE #1)
5.  Date of Retention Order:                                11/30/2017 (DE #19)

**IF INTERIM APPLICATION, COMPLETE 6,7 AND 8 BELOW:**
6.  Period for this Application:                            10/30/17 through 6/30/18
7.  Amount of Compensation Sought:                          $14,622.50
8.  Amount of Expense Reimbursement Sought:                 $ 1,771.95

**IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**
9.  Total Amount of Compensation Sought during case:        $
10. Total Amount of Expense Reimbursement South during case: $
11. Amount of Original Retainer(s).  Please disclose both Fee
    Retainer and Cost Retainer if such a retainer has been received: $ 5,000.00 (fees)
                                                            $ 1,717.00 (costs)
12. Current balance of Retainer(s) remaining:              $0.00
13. Last monthly operating report filed (Month/Year and ECF No.)  July 25, 2018 (DE #43)
14. If case is Chapter 11, current funds in Chapter 11 estate: $59,692.48
15. If case is Chapter 7, current funds held by Chapter 7 trustee: n/a

**COMPLETE THE ATTACHED FEE APPLICATION SUMMARY CHART.  PLEASE**
**INCLUDE THE INFORMATION FOR EACH PRIOR APPLICATION FILED WITH**
**THE COURT.**

## FEE APPLICATION

Chad T. Van Horn, Esq. and the Law Firm of Van Horn Law Group, P.A., counsel to the Chapter 11 Debtor, applies for compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

Exhibit "4" – Fee Application Summary Chart

The applicant believes that the requested fee, of $14,622.50 for 61.3 hours worked, is reasonable considering the twelve factors enumerated in _Johnson v. Georgia Highway Express, Inc.,_ 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by _In re First Colonial Corp. of America_, 544 F.2d 1291 (5th Cir. 1977), as follows:

**The Time and Labor Required:**

The actual time records maintained by the professionals performing services for the Debtor and the estate document the hours expended by the Applicant in performing professional services on behalf of the Debtor. Those daily time records do not capture every act, every phone call or email and do not reflect all of the time spent by counsel contemplating the circumstances or solutions presented. The time records are merely an enumeration of the recorded time devoted to various aspects of this matter. Applicant suggests that these records do not fully reflect the quality, character, or importance of the services performed by the Applicant. The time records do reflect, however, the various services performed required to adequately represent the interests of the Debtor. Summaries of Applicant's time reports are attached hereto as Exhibits 1-A and 1-B.

**The Novelty and Difficulty of the Services Rendered**:

The services required for this Chapter 11 proceeding were not particularly difficult, although the valuation motions proved to require additional time allotted or negotiations and attendance at hearings.

**The Skill Requisite to Perform the Services Properly**:

Applicant was required to possess substantial legal skill and experience in the areas of bankruptcy, business reorganization, commercial law, secured transactions, collection law, litigation, and negotiation to perform the services and obtain the results described herein.

**The Preclusion of Other Employment by the Professional**
**Due to the Acceptance of the Case:**

Applicant is not aware of employment which was precluded by the acceptance of this case. However, had Applicant not accepted this case, the time spent on this case might have been devoted to other matters paying substantial hourly compensation on a current basis.

**The Customary Fee:**

The rates charged by the participating attorneys as set forth in the attached exhibits are well within the range charged by attorneys in the Southern District of Florida of similar skill and reputation in the areas of bankruptcy and commercial law.

**Whether the Fee is Fixed or Contingent:**

Applicant's compensation for handling this matter is entirely contingent upon, and subject to, such award as this Court may allow. In this regard, however, Applicant asks the Court take into account the substantial time and effort expended the skill and diligence displayed, and the favorable results achieved thus far.

**Time Limitations Imposed by the Client or Other Circumstances:**

Applicant was mindful of the desires of the Debtor to complete administration of this case in a timely manner.

**The Experience, Reputation, and Ability of the Professional:**

Applicant enjoys a reputation for having proven substantial ability in the fields of bankruptcy, litigation, and business reorganizations.

*Chad Van Horn, Esq.*, received a Bachelor of Science in Business Management, from Robert Morris University in Pittsburgh, PA. While at Robert Morris University, Mr. Van Horn had the opportunity to study abroad at the American University of Rome in Rome, Italy. Mr. Van Horn started his bankruptcy career in 2007 as a bankruptcy law clerk while attending law school at night and went on to receive his Juris Doctorate from Nova Southeastern University, Shepard Broad College of Law in 2008, where he was named speaker of his graduating class. Originally from Pittsburgh, PA, Mr. Van Horn is the founder of Van Horn Law Group P.A. and has been a practicing member of the Florida Bar since 2009.   Since that time, Mr. Van Horn has been involved in over 2,000 bankruptcy cases including over 100 Chapter 11 cases.

In October 2017, Mr. Van Horn became a certified expert in Business Bankruptcy from the American Board of Certification.   He is or has been a member of many bankruptcy groups including the American Bankruptcy Institute, Bankruptcy Bar Association for the Southern District of Florida, National Association of Consumer Attorneys, and the National Association of Consumer Bankruptcy Attorney.

Aside from Mr. Van Horn's bankruptcy work, he has been recognized for his work in sparking community involvement and working alongside Broward County Legal Aid in providing low income communities with free legal representation, legal advice, and education on various ways to improve their lifestyles and maintain a certain quality of life. Mr. Van Horn has been named as Attorney of the Year by the Legal Aid Service of Broward County for 2017 for being a relentless advocate for the disadvantaged in Broward County, particularly low-income Veterans. Mr. Van Horn's dedication is further demonstrated by his tireless involvement with Big Brothers and Big Sisters of Broward County. Since 2013, Mr. Van Horn has sat pro bono as counsel to the board, is actively involved as a board member, was recognized as the Big Brother of the Year in 2016 and 2017, and in 2018 was awarded Child Advocate of the Year. Mr. Van Horn also sits pro bono as committee chair on the legal committee to Mission United, a program set out to help veterans and create a positive community impact.

Mr. Van Horn has been recognized as an AV Rated Attorney and a Super Lawyer Rising Star in 2013, 2016 and 2017. Mr. Van Horn is admitted to the Florida Bar, the United States District Courts for the Northern, Middle and Southern Districts of Florida, the Western District of Pennsylvania, and the Supreme Court of the United States of America.

***John Schank, Esq.***, received a Bachelors of Science from the University of Florida in 2009. His major was Journalism with a concentration on Design. Mr. Schank began attending the University of Florida Levin College of Law in 2014 and graduated *cum laude* in 2017 to receive his Juris Doctorate. Mr. Schank became a member of the Florida Bar in 2017. While attending the Levin College of Law, Mr. Schank solidified his interest in bankruptcy law through the tutelage of Professor Davis and participated as a member in the nationally-ranked Alternative Dispute Resolution Team. After graduation, Mr. Schank moved back to his hometown of South Florida and started his employment with the Van Horn Law Group on August 24, 2017. Mr. Schank is an Associate Attorney at the Van Horn Law Group, P.A., where he concentrates on Chapter 11 bankruptcy and related adversary proceedings.

**The Undesirability of the Case**:

The instant case was not undesirable, and Applicant was extremely proud to have had the privilege of serving the Debtor in this proceeding.

**The Nature and Length of the Professional Relationship of the Client**:

This was the first encounter with this client, although your undersigned hopes to enjoy a continuing professional relationship should the client require legal services in the future.

**Awards in Similar Cases**:

The amount prayed for by Applicant is not unreasonable in terms of awards similar cases where comparable results have been obtained through the diligence and skill of counsel. The fees requested by Applicants, computed at the rate between $175.00 and $400.00 per hour, comport with the economic spirit of the Bankruptcy Code. Applicant respectfully prays this Court take notice that Applicant occupies an office in a commercial location in downtown Fort Lauderdale, with sophisticated office equipment, electronic library software, including word processors and

computers, and support personnel. Consequently, a substantial portion of such hourly fees as may be awarded by this Court will merely defray the substantial overhead charges and expenses already incurred and paid in cash during the time of this proceeding.

## **Case Accomplishments:**

Debtor's case is about the foreclosure on her homestead.  While the Debtor is placing the property on the market for sale, she has also filed for a mortgage modification with a mediation currently scheduled in August 2018.  If the modification is approved, the Debtor's plan will be for all remaining debt which is unsecured.

The applicant seeks an interim award of fees in the amount of $14,622.50 and costs in the amount of $1,771.95 for a total of $16,394.45.

## Certification

1.      I have been designated by VAN HORN LAW GROUP, P.A. (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: **None**

> **VAN HORN LAW GROUP, P.A.**
> 330 N Andrews Ave., Suite 450
> Fort Lauderdale, FL 33301
> Telephone: (954) 765-3166
> Facsimile: (954) 756-7103
> Email: Chad@cvhlawgroup.com
>
> ***By: /s/  Chad T. Van Horn, Esq.***
> Chad T. Van Horn, Esq.
> Florida Bar No. 64500

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**(EXHIBIT "1-A")**

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Chad T. Van Horn, Esq. (Partner) | 2009 | 1.3 | $400.00 | $     520.00 |
| John Schank, Esq. (Associate) | 2017 | 6.8 | $350.00 | $ 2,730.00 |
| Anthony Jay Molluso (Juris Doctor) | | 17.9 | $300.00 | $ 5,370.00 |
| Susan Massinger (Paraprofessional) | | 28.1 | $175.00 | $ 4,917.50 |
| Nicole Mason (Paraprofessional) | | 6.2 | $175.00 | $ 1,085.00 |
| | | | | |
| **Total Hours:** | | **61.3** | | |
| **Blended Average Hourly Rate:** | | | **$280.00** | |
| **Total Fees:** | | | | **$14,622.50** |

**Summary of Professional and Paraprofessional Time by
Activity Code Category for this Time Period Only
(Exhibit "1-B")**

### Activity Code 1: Case Administration

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Chad T. Van Horn, Esq. (Partner) | 2009 | .5 | $400.00 | $      200.00 |
| John Schank, Esq. (Associate) | 2017 | 3.8 | $350.00 | 1,330.00 |
| Anthony Jay Molluso (Juris Doctor) | | 15.6 | $300.00 | 4,680.00 |
| Nicole Mason (Paraprofessional) | | 6.2 | $175.00 | 1,085.00 |
| Susan Massinger (Paraprofessional) | | 24.6 | $175.00 | 4,305.00 |
| **Activity Subtotal:** | | | | **$11,600.00** |

### Activity Code 2: Claims Administration

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Anthony Jay Molluso (Juris Doctor) | | 2.3 | $300.00 | $   690.00 |
| **Activity Subtotal:** | | | | **$   690.00** |

### Activity Code 3: Fee/Employment Application

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| Chad T. Van Horn, Esq. (Partner) | 2009 | .8 | $400.00 | $      320.00 |
| Susan Massinger (Paraprofessional) | | 2.5 | $175.00 | 437.50 |
| **Activity Subtotal:** | | | | **$   757.50** |

### Activity Code 4: Initial Debtor Interview/341 Meeting

| Name of Attorney/ Associate/Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|---|---|---|---|---|
| John Schank, Esq. (Associate) | 2017 | 4.0 | $350.00 | $ 1,400.00 |
| Susan Massinger (Paraprofessional) | | 1.0 | $175.00 | 175.00 |
| **Activity Subtotal:** | | | | **$ 1,575.00** |

**Summary of Requested Reimbursement of**
**Expenses for this Time Period Only**
**(EXHIBIT "2")**

| | | |
|---|---|---|
| 1. | Filing Fees | $ 1,717.00 |
| 2. | Process Service Fees | $ 0.00 |
| 3. | Witness Fees | $ 0.00 |
| 4. | Court Reporter Fees and Transcripts | $ 0.00 |
| 5. | Lien and Title Searches | $ 0.00 |
| 6. | Photocopies | |
| | (a) In-house copies (167  at 15¢/page) | $ 25.05 |
| | (b) Outside copies ($ 0.00) | $ 0.00 |
| 7. | Postage | $ 29.90 |
| 8. | Overnight Delivery Charges | $ 0.00 |
| 9. | Outside Courier/Messenger Services | $ 0.00 |
| 10. | Long Distance Telephone Charges | $ 0.00 |
| 11. | Long Distance Fax (copies at $1/page) | $ 0.00 |
| 12. | Computerized Research | $ 0.00 |
| 13. | Outside of S.D. Fla. Travel | $ 0.00 |
| | (a)  Transportation     $_____ | |
| | (b)  Lodging               $_____ | |
| | (c)  Meals                  $_____ | |
| 14. | Other permissible Expenses | $ 0.00 |
| | (a)                            $_____ | |
| | (b)                            $_____ | |

**Total Expense Reimbursement Requested**          **$ 1,771.95**

EXHIBIT "3"

| DATE | INDIVIDUAL | ACTIVITY CODE | TIME ENTRY | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/30/17 | SMM | Code 1 Case Admin | Review and input Debtor's schedules; review state court case litigation for notices; review credit report of updating creditor list; email to client requesting additional information; prepare documents necessary for UST for client's review and execution. | 4.5 | 787.50 |
| 10/30/17 | SMM | Code 1 Case Admin | Finalize paperwork; review with client; file with Court; file Suggestion of Bankruptcy; fax Suggestion of Bankruptcy to Broward County Clerk of Courts. | 1.5 | 262.50 |
| 10/31/17 | AJM | Code 1 Case Admin | Review file | 0.3 | 90.00 |
| 11/6/17 | SMM | Code 1 Case Admin | Review of emails from UST re: Initial Debtor Interview; telephone call to Keith Kronin, Esq. re: IDI scheduled on Thanksgiving; rescheduled IDI to 11/14 @ 2:00; calendar IDI meeting; calendar 341 meeting; email to client; begin preparing documents to be sent to UST for IDI. | 1.0 | 175.00 |
| 11/7/17 | SMM | Code 1 Case Admin | Telephone conversation with client re: need to amend schedules information necessary to provide to US Trustee; scheduled appointment for 11/10 | 0.3 | 52.50 |
| 11/9/17 | AJM | Code 1 Case Admin | Review file and prepare Case Management Summary; review for AP Motion | 1.5 | 450.00 |
| 11/10/17 | AJM | Code 1 Case Admin | Discuss AP motion with JS | 0.3 | 90.00 |
| 11/10/17 | AJM | Code 1 Case Admin | Meet with client; review file, mortgage searc for second mtg; call and email to Jason Wolawitx in re return of escrow;call to client;complete CMS | 2.4 | 720.00 |
| 11/10/17 | JS | Code 1 Case Admin | Spoke with Jay on case and determining adequate protection payments to make on property, Initial client interview | 0.7 | 245.00 |
| 11/10/17 | SMM | Code 1 Case Admin | Meeting with client re: review of schedules for amendments; execution of US Trustee paperwork. | 1.0 | 175.00 |
| 11/13/17 | SMM | Code 1 Case Admin | Prepare for and attend weekly update meeting. | 0.2 | 35.00 |
| 11/14/17 | JS | Code 1 Case Admin | Initial debtor interview with Keith Kronin. | 0.5 | 175.00 |
| 11/14/17 | SMM | Code 1 Case Admin | Preparation of amended Schedules; short meeting with client | 2.5 | 437.50 |
| 11/15/17 | AJM | Code 1 Case Admin | Review docs for title search | 0.3 | 90.00 |
| 11/15/17 | SMM | Code 1 Case Admin | Email to client re: reminder to remit October 2017 Monthly Operating Report. | 0.1 | 17.50 |
| 11/17/17 | JS | Code 1 Case Admin | Assessing adequate protection amount on offer to bank. | 0.4 | 140.00 |
| 11/18/17 | SMM | Code 1 Case Admin | Review of docket to ensure all matters calendared and served. | 0.2 | 35.00 |
| 11/27/17 | AJM | Code 1 Case Admin | Prepare docs for hearing on tuesday; email client advising of case status | 0.5 | 150.00 |

| 11/30/17 | AJM | Code 1 Case Admin | Team meeting to discuss status of case: m onet has not been returned by Jason | 0.2 | 60.00 |
|---|---|---|---|---|---|
| 11/30/17 | SMM | Code 1 Case Admin | Preparation for, and attendance at weekly meeting. | 0.2 | 35.00 |
| 12/6/17 | AJM | Code 1 Case Admin | Email from loan processor (Jason Walowitz). | 0.2 | 60.00 |
| 12/27/17 | AJM | Code 1 Case Admin | Emails to and from client and Jason Wolawitz in re mortgage; email from lawyer for lender | 0.4 | 120.00 |
| 12/27/17 | AJM | Code 1 Case Admin | Email from Jason Walowitz in re status of loan modification. | 0.2 | 60.00 |
| 12/28/17 | AJM | Code 1 Case Admin | Email to attorney for lender re: status of case. | 0.3 | 90.00 |
| 1/2/18 | SMM | Code 1 Case Admin | Review of US Trustee filings re: 341 meeting concluded and election to not appointment creditor committee. | 0.2 | 35.00 |
| 1/4/18 | SMM | Code 1 Case Admin | Preparation for, and attendance at weekly update meeting. | 0.2 | 35.00 |
| 1/16/18 | SMM | Code 1 Case Admin | Email from client re: MORs; meeting with client re: MORs. | 0.7 | 122.50 |
| 1/29/18 | SMM | Code 1 Case Admin | Preparation for, and attendance at, weekly update meeting | 0.2 | 35.00 |
| 1/29/18 | SMM | Code 1 Case Admin | Short meeting with client re: November and December MORs. | 0.2 | 35.00 |
| 1/31/18 | SMM | Code 1 Case Admin | Review of emails from client re: loan modification attempts going on with Jason Walowitz.q | 0.2 | 35.00 |
| 2/2/18 | AJM | Code 1 Case Admin | Review IRS claim | 0.2 | 60.00 |
| 2/8/18 | SMM | Code 1 Case Admin | Preparation for, and attendance at weekly update meeting | 0.2 | 35.00 |
| 2/15/18 | SMM | Code 1 Case Admin | Email to client re: reminder January 2018 Monthly Operating Report is due. | 0.1 | 17.50 |
| 2/15/18 | SMM | Code 1 Case Admin | Review of MORs for October, November and December 2017; changes to Summary page; email to client re: request for review and execution of October, November and December Summary pages. | 1.0 | 175.00 |
| 2/19/18 | SMM | Code 1 Case Admin | Email to client re: request to schedule appointment to review MORs due to discrepancies in numbers. | 0.2 | 35.00 |
| 2/20/18 | SMM | Code 1 Case Admin | Review email from client re: appointment to review MORs; return email to client re: schedule for 2/21 @ 2:00 p.m. | 0.2 | 35.00 |
| 2/21/18 | SMM | Code 1 Case Admin | Meeting with client to review MORs from October 2017 to January 2018. | 1.0 | 175.00 |
| 2/23/18 | CVH | Code 1 Case Admin | Review of four (4) monthly operating reports (October, November, December and January) prior to filing. | 0.5 | 200.00 |
| 2/23/18 | SMM | Code 1 Case Admin | Review and finalize Monthly Operating Reports for October 2017; November, 2017; December 2017; and January 2018, and filing of same. | 1.0 | 175.00 |
| 3/13/18 | SMM | Code 1 Case Admin | Email to client re: MOR for February due. | 0.1 | 17.50 |

| 3/14/18 | SMM | Code 1 Case Admin | Review case and docket; prepare for weekly Chapter 11 meeting on 3/15 | 0.2 | 35.00 |
|---------|-----|-------------------|----------------------------------------------------------------------|-----|-------|
| 3/26/18 | AJM | Code 1 Case Admin | Inquire as to status of Wolowictz loan process | 0.1 | 30.00 |
| 4/4/18 | SMM | Code 1 Case Admin | Audit case in preparation for Chapter 11 team meeting on 4/5/18. | 0.2 | 35.00 |
| 4/5/18 | SMM | Code 1 Case Admin | Attendance at weekly Chapter 11 meeting re: review of case. | 0.3 | 52.50 |
| 4/7/18 | SMM | Code 1 Case Admin | Email to client re: request for February and March MORs (February is late). | 0.2 | 35.00 |
| 4/18/18 | SMM | Code 1 Case Admin | Email to client re: status of February MOR and need to complete March MOR as well. | 0.2 | 35.00 |
| 4/18/18 | SMM | Code 1 Case Admin | Audit case for any calendar matters and prepare for weekly task meeting; email client for March MOR. | 0.2 | 35.00 |
| 4/19/18 | AJM | Code 1 Case Admin | Review email to client to file MOR's for February and March | 0.2 | 60.00 |
| 4/19/18 | JS | Code 1 Case Admin | Weekly Chapter 11 Team Meeting | 0.2 | 70.00 |
| 4/19/18 | SMM | Code 1 Case Admin | Meeting with client re: February and March MORs; client needs to make revisions; discussion re: pending mortgage modification with Jason Walowitz and how client wishes to proceed. | 0.4 | 70.00 |
| 4/20/18 | SMM | Code 1 Case Admin | Review case at weekly task meeting. | 0.2 | 35.00 |
| 4/25/18 | AJM | Code 1 Case Admin | Review MOR; enter information into budget spread. review all MOR's. all are incorrect | 0.4 | 120.00 |
| 5/11/18 | AJM | Code 1 Case Admin | Review entire file to outline Plan and next steps, email to client to call for appointment, email to team with summary of status of case | 2.5 | 750.00 |
| 5/15/18 | AJM | Code 1 Case Admin | Team meeting to discuss status of case and next steps. | 0.2 | 60.00 |
| 5/15/18 | JS | Code 1 Case Admin | Chapter 11 Team Meeting | 0.2 | 70.00 |
| 5/15/18 | SMM | Code 1 Case Admin | Audit case; prepare for and attend weekly meeting; email to client re: scheduling meeting with JM to discuss MORs and Jason Walowitz | 0.3 | 52.50 |
| 5/19/18 | SMM | Code 1 Case Admin | Email to client re: scheduling appointment to review MORs changes needed, how to proceed regarding Jason Walowitz, and request for bank statements; review return email from client with scheduling dates; response to client with date availability; schedule appointment | 0.2 | 35.00 |
| 5/22/18 | AJM | Code 1 Case Admin | Meet with client to discuss status of case. Told clioent that she needs to engage professional to prepare MORS | 1.0 | 300.00 |

| 5/22/18 | JS | Code 1 Case Admin | Spoke with client re: case update with JM | 1.1 | 385.00 |
|---|---|---|---|---|---|
| 5/22/18 | SMM | Code 1 Case Admin | Meeting with client re: MORs and Jason Walowitz. | 0.4 | 70.00 |
| 5/24/18 | AJM | Code 1 Case Admin | Email to Jason Walowitz in re status of loan modification | 0.2 | 60.00 |
| 5/24/18 | AJM | Code 1 Case Admin | Research 2nd mortgage, email to SM to amend schedule D to add 2nd mortgage | 0.5 | 150.00 |
| 5/31/18 | AJM | Code 1 Case Admin | Write email to client in re to Walowitz activity; call with Caliber in re modification activity | 1.1 | 330.00 |
| 6/6/18 | AJM | Code 1 Case Admin | Review MOR and bank statements | 0.6 | 180.00 |
| 6/11/18 | AJM | Code 1 Case Admin | Review MORS with SM and discuss MMM | 0.5 | 150.00 |
| 6/11/18 | SMM | Code 1 Case Admin | Multiple emails with client re: UST's Motion to Dismiss and MORs; telephone call with client re: Jason Walowitz, MORs and UST's Motion to Dismiss; assemble and review MORs for February and March; email client re: April MOR; finalize MORs for February, March and April; file same. | 2.0 | 350.00 |
| 6/12/18 | NM | Code 1 Case Admin | Drafted Motion & Order for MMM. Drafted Notice of Selection of Mediator. Reached out to opposing counsel for mediator consent. Call and e-mail to client to execute Motion. Filing of Motion & Order for MMM & Notice of Selection of Debtor. | 1.0 | 175.00 |
| 6/13/18 | AJM | Code 1 Case Admin | Team meeting to discuss status of case and next steps: discuss appropriate information for MMM application | 0.4 | 120.00 |
| 6/13/18 | NM | Code 1 Case Admin | Drafted Motion & Order for MMM. Drafted Notice of Selection of Mediator. Reached out to opposing counsel for mediator consent. Call and e-mail to client to execute Motion. Filing of Motion & Order for MMM & Notice of Selection of Debtor. | 0.3 | 52.50 |
| 6/14/18 | JS | Code 1 Case Admin | Chapter 11 Weekly Meeting | 0.2 | 70.00 |
| 6/14/18 | SMM | Code 1 Case Admin | Audit case in preparation for weekly update meeting; attendance at weekly update meeting. | 0.2 | 35.00 |
| 6/16/18 | SMM | Code 1 Case Admin | Email to client re: MOR for May 2018 due and request to remit immediately. | 0.1 | 17.50 |
| 6/18/18 | JS | Code 1 Case Admin | Call with client re: bankruptcy questions | 0.3 | 105.00 |
| 6/18/18 | NM | Code 1 Case Admin | COS DE #37 Order Granting Motion for Referral to MMM. Prep work for MMM application and call to client | 0.2 | 35.00 |
| 6/18/18 | SMM | Code 1 Case Admin | Discussion with client re: Motion to Employ Realtor; getting money back from Jason Walowitz; value of home and questions re: MOR and UST Motion to Dismiss. | 0.3 | 52.50 |
| 6/22/18 | AJM | Code 1 Case Admin | Discuss case with Nicole; review MOR's; calculate loan mod capacity | 0.7 | 210.00 |

| 6/22/18 | NM | Code 1 Case Admin | COS DE #37 Order Granting Motion for Referral to MMM. Prep work for MMM application and call to client | 1.5 | 262.50 |
|---|---|---|---|---|---|
| 6/25/18 | NM | Code 1 Case Admin | Meeting with client | 0.4 | 70.00 |
| 6/25/18 | SMM | Code 1 Case Admin | Meeting with client re: May MOR, potential sale of home, mortgage modification, and other matters. | 0.5 | 87.50 |
| 6/27/18 | NM | Code 1 Case Admin | Drafting of MMM application, and call to client to schedule meeting to sign; | 2.0 | 350.00 |
| 6/27/18 | SMM | Code 1 Case Admin | Changes to client's May MOR; meeting with client to review and execute May MOR. | 1.0 | 175.00 |
| 6/28/18 | AJM | Code 1 Case Admin | Email from SM in re amended MOR's to include savings acct information | 0.2 | 60.00 |
| 6/28/18 | NM | Code 1 Case Admin | Meeting with client to sign MMM application, submitted application through the portal, and e-mail to client with what additional docs are needed. | 0.5 | 87.50 |
| 6/28/18 | SMM | Code 1 Case Admin | Final changes to MOR; obtain client signature and file same; email to JS and JM re: UST's Motion to Dismiss for failure to file MORs and other matters and request to have it withdrawn since we are up-to-date. | 0.3 | 52.50 |
| 6/29/18 | AJM | Code 1 Case Admin | Discuss status of case with team; discuss next steps: file adversary against Walowitz | 0.2 | 60.00 |
| 6/29/18 | JS | Code 1 Case Admin | Chapter 11 Weekly Meeting | 0.2 | 70.00 |
| 6/29/18 | NM | Code 1 Case Admin | Attendance at weekly meeting & updating client tasks | 0.3 | 52.50 |
| 6/29/18 | SMM | Code 1 Case Admin | Attend weekly update meeting | 0.2 | 35.00 |
| 6/29/18 | SMM | Code 1 Case Admin | Email to Chapter 11 team (JS) re: contacting UST about Motion to Dismiss and possibly | 0.2 | 35.00 |
| | | | **CODE 1 - CASE ADMINISTRATION** | 50.7 | 11,600.00 |

| 11/13/17 | AJM | Code 2 Claims Admin | Review IRS proof of claim;research law on liens;emailed client for info on taxes; email Sullivan | 0.9 | 270.00 |
|---|---|---|---|---|---|
| 11/16/17 | AJM | Code 2 Claims Admin | Review title docs for homestead property; checking for 2nd mortgage | 0.3 | 90.00 |
| 11/17/17 | AJM | Code 2 Claims Admin | Calculate AP/ meet with Johnn Schank to discuss AP Payment, call Atty Hair | 0.5 | 150.00 |
| 11/21/17 | AJM | Code 2 Claims Admin | Email to and call from Atty Hair in re loan mod and AP payments. | 0.6 | 180.00 |
| | | | **CODE 2 - CLAIMS ADMINISTRATION** | 2.3 | 690.00 |

| 10/30/17 | SMM | Code 3 Fee/Employ | Preparation of Motion to Employ VHLG; preparation of Affidavit re: employ VHLG. | 0.5 | 87.50 |
|---|---|---|---|---|---|
| 11/1/17 | SMM | Code 3 Fee/Employ | Finalize and file Application to Employ Attorney | 0.5 | 87.50 |
| 11/7/17 | SMM | Code 3 Fee/Employ | Review of NOH re: Motion to Employ CVH; prepare COS; file same; calendar and prepare hearing folder. | 0.5 | 87.50 |

| 11/28/17 | CVH | Code 3 Fee/Employ | Prepare for and attend hearing on motion to employ. | 0.8 | 320.00 |
|---|---|---|---|---|---|
| 11/29/17 | SMM | Code 3 Fee/Employ | Preparation of Order Granting Motion to Employ and uploading of ssame. | 0.5 | 87.50 |
| 12/1/17 | SMM | Code 3 Fee/Employ | Review of Order; preparation of COS; filing and service of same. | <u>0.5</u> | <u>87.50</u> |
| | | | **CODE 3 - FEE/EMPLOYMENT APPLICATIONS** | 3.3 | 757.50 |

| 11/13/17 | SMM | Code 4 Mtg of Cred | Review, prepare and submit documents to UST for Initial Debtor Interview on 11/14. | 1.0 | 175.00 |
|---|---|---|---|---|---|
| 11/14/17 | JS | Code 4 Mtg of Cred | Prepare for and attend Initial Debtor Interview | 1.0 | 350.00 |
| 11/28/17 | JS | Code 4 Mtg of Cred | Travel time to Miami, 341 Meeting of Creditors, travel back | <u>3.0</u> | <u>1,050.00</u> |
| | | | **CODE 4 - INITIAL DEBTOR INTERVIEW/341 MEETING** | 5.0 | 1,575.00 |

| | |
|---|---|
| CVH | Chad Van Horn, Esq. |
| JS | John Schank, Esq. |
| AJM | Anthony Jay Molluso |
| SMM | Susan M. Massinger |
| NM | Nicole Mason |

# FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

**EXHIBIT "4"**